IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-90845-AKM-13 |
| | : | |
| **Jeffrey H. Bayes** | : | |
| | : | Chapter 13 |
| | : | |
| **Debtor.** | : | Judge Andrea K. McCord |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned matter on behalf of General Electric Credit Union and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, plan of reorganization, pleading, request, complaint or demand, whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, telefax or otherwise, which affects this Chapter 13 bankruptcy case be served upon:

    Donald W. Mallory, Esq.
    WOOD + LAMPING LLP
    600 Vine Street, Suite 2500
    Cincinnati, OH 45202
    Phone: 513.852.6094
    Fax: 513.419.6494
    Email: DWMallory@woodlamping.com

| | |
|---|---|
| Dated: August 6, 2025<br>        Cincinnati, Ohio | Respectfully submitted,<br><br> */s/ Donald W. Mallory*<br>Donald W. Mallory, Esq. (OH 0070875)<br>WOOD + LAMPING LLP<br>600 Vine Street, Suite 2500<br>Cincinnati, OH 45202<br>Phone: 513.852.6094<br>Fax: 513.419.6494<br>Email: DWMallory@woodlamping.com |

**CERTIFICATE OF SERVICE**

      I, Donald W. Mallory, hereby certify that the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

                                        */s/ Donald W. Mallory*
                                        Donald W. Mallory (OH 70875)

4802150.1