IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **JEFFREY H. BAYES** | ) | Cause No. 25-90845-AKM-13 |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

Comes now the law firm of Ziemer, Stayman, Weitzel & Shoulders, LLP, by Nick J. Cirignano, and enters its Notice of Appearance as counsel on behalf of PREMIER AG CO-OP, INC. in the above-captioned matter.

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

By: */s/ Nick J. Cirignano*
Nick J. Cirignano #22927-53
P.O. Box 916
Evansville, Indiana 47706-0916
ncirignano@zsws.com
(812) 424-7575

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or paper electronically, via the Court's Electronic Filing System on or before the filing date thereof.

Dated: August 6, 2025.

*/s/ Nick J. Cirignano*
Nick J. Cirignano