UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE:
JEFFREY H. BAYES,
    DEBTOR.

CASE NO. 25-90845-AKM-13

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COME NOW the creditor, German American Bank (the "Bank") and object to the confirmation of Debtor's Chapter 13 Plan and as grounds for objection, the Bank would show to the Court that the plan is not compliant with 11 U.S.C. § 1325 and would further show unto the Court as follows:

1. The Bank is the holder of three notes from the Debtor and one or more other comakers:

    a. Loan # xx0740 with an annual payment of $51,597.23 (the "0740 Note").

    b. Loan # xx6780 with an annual payment of $6,294.13 (the "6780 Note").

    c. Loan # xx3710, which is a single maturity note due October 1, 2025 (the "3710 Note").

2. Said Notes are all secured.

3. The Plan does not address payment of all of said Notes or the maturities thereof.

**WHEREFORE**, The Bank hereby prays that the Debtor's plan not be confirmed, or in the alterative, to the extent that the plan is confirmed, provide that Bank's Notes be paid as pursuant to the terms thereof.

Respectfully submitted,

/s/ Andrew C. Ozete
Andrew C. Ozete    Indiana Bar #19512-82
FARMER SCOTT OZETE ROBINSON & SCHMITT LLP
21 SE Third Street, Suite 900
Post Office Box 3565
Evansville, IN 47734
Telephone: (812) 602-3570
ATTORNEYS FOR CREDITOR,
GERMAN AMERICAN BANK

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 14th day of August, 2025, a copy of the foregoing document was filed electronically via the Electronic Case Filing System. Notice of this filing will be sent to the following parties through the Court's Electronic Filing System and/or US First Class Mail. Parties may access this filing through the Court's System.

               /s/ Andrew C. Ozete