UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JEFFERY H. BAYES, | ) | CASE NO. 25-90845-AKM-13 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for creditor, Vermeer Credit Corporation.

    I certify that I am admitted to practice in this Court.

Dated:  August 20, 2025.

    Respectfully submitted,

*/s/  David J. Jurkiewicz*
David J. Jurkiewicz
Attorney No. 18018-53
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317)  684-5000 / (317)  684-5173 (FAX)
djurkiewicz@boselaw.com

Attorneys for Creditor, Vermeer Credit Corporation

5050134

## CERTIFICATE OF SERVICE

I certify that on August 20, 2025, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I also certify that on August 20, 2025, the foregoing document was served upon the following person(s) via IEFS:

Joseph M. Black
jmbecf@trustee13.com
jmbecf@cinergymetro.net

Neil C. Bordy
bordy@derbycitylaw.com
haddad@derbycitylaw.com
benich@derbycitylaw.com

Nick Cirignano
ncirignano@zsws.com
cflester@zsws.com

Donald Wayne Mallory
dwmallory@woodlamping.com
jaarnold@woodlamping.com

Andrew C. Ozete
acoefile@fsolegal.com
mwhitney@fsolegal.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

*/s/ David J. Jurkiewicz*
David J. Jurkiewicz