UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SF13210 (rev 02/2017)

In re:

**Jeffery H. Bayes**,
SSN: xxx–xx–7931     EIN: NA
   812 State Road 203
   Lexington, IN 47138
      Debtor.

Case No. **25–90845–AKM–13**

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN

An Amended Chapter 13 Plan was filed on October 14, 2025, by Debtor Jeffery H. Bayes. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Amended Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by November 17, 2025, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the amended plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  October 20, 2025                    Eric R. Kleis
                                            Clerk, U.S. Bankruptcy Court