# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | : |
|  | : CASE NO.: 25-90845-AKM-13 |
| JEFFERY H. BAYES, | : |
|  | : Chapter 13 |
| Debtor. | : |
|  | : Judge Andrea K. McCord |

## AFFIDAVIT IN SUPPORT OF
## MOTION TO APPEAR PRO HAC VICE

Eudora F. S. Arthur, being first duly sworn upon her oath, states as follows:

1. I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Courts | Date of Admission |
|---|---|
| Eastern District of Virginia | April, 2025 |
| Eastern District of North Carolina | December, 2024 |
| Middle District of North Carolina | April, 2025 |
| Western District of North Carolina | March, 2025 |

2. My license has never been suspended nor revoked, and I am not currently subject to any disciplinary action with respect to the practice of law.

I declare under penalty of perjury that these representations are true and correct.

Dated this 23 day of October, 2025

        WOMBLE BOND DICKINSON (US) LLP

By:   /s/ Eudora F. S. Arthur
      EUDORA F. S. ARTHUR
      NC State Bar No. 59854
      555 Fayetteville Street, Suite 1100
      Raleigh, North Carolina 27601
      Telephone: 919.755.2178
      E-Mail: dorie.arthur@wbd-us.com

*Attorneys for Rabo AgriFinance LLC*