IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CASE NO.: 25-90845-AKM-13 |
| JEFFERY H. BAYES, | : |
| | : Chapter 13 |
| Debtor. | : |
| | : Judge Andrea K. McCord |

**MOTION TO EXTEND DEADLINE TO FILE COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)**

Now comes Rabo AgriFinance LLC ("Rabo"), by and through its undersigned counsel, and respectfully submits this motion requesting that the Court extend the deadline to file a complaint seeking to have its debt excepted from discharge under 11 U.S.C. § 523(a) and in support hereof, shows the Court as follows:

1. On July 23, 2025 (the "Petition Date"), Jeffery H. Bayes (the "Debtor") filed a voluntary petition for relief under Chapter 13 to commence the above-referenced case (the "Chapter 13 Case").

2. On May 5, 2025, this Court entered its Notice 341 Meeting of Creditors (the "Notice"). Pursuant to the Notice, the deadline for creditors to file a complaint seeking to except a debt from discharge pursuant to 11 U.S.C. § 523(a) is October 27, 2025 (the "Complaint Deadline").

3. The Complaint Deadline has not yet passed.

4. Rabo needs additional time to gather facts and information to determine whether grounds exist to object to the dischargeability of its debt.

5. Therefore, the Rabo requests this Court extend the Complaint Deadline for an additional thirty (30) days up through and including November 26, 2025.

6. Rabo has attached, as **Exhibit A**, a proposed order granting such relief.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **14 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

United States Bankruptcy Court
110 U.S. Courthouse
121 W Spring St Rm 110
New Albany, IN 47150

WHEREFORE, Rabo AgriFinance LLC respectfully requests this Court enter an order extending the deadline through and including November 26, 2025, for Rabo to file a complaint seeking to except some or all of its debt from discharge pursuant to 11 U.S.C. § 523(a) and to grant such other and further relief as the Court deems just and appropriate.

Dated this 23 day of October, 2025

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Eudora F. S. Arthur
EUDORA F. S. ARTHUR
NC State Bar No. 59854
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: 919.755.2178
E-Mail: dorie.arthur@wbd-us.com

*Attorneys for Rabo AgriFinance LLC, Pro Hac Vice*

By: /s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

*Local Counsel Sponsor, Attorneys for Rabo AgriFinance LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, a copy of the foregoing Motion to Extend Deadline to File Complaint to Determine Dischargeability of Debt Pursuant To 11 U.S.C. § 523(A) was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

Joseph M. Black, Jr.
jmbecf@trustee13.com
*Chapter 13 Trustee*

Neil C. Bordy
bordy@derbycitylaw.com
*Attorney for the Debtor*

Donald W. Mallory, Esq.
DWMallory@woodlamping.com
*Attorney for General Electric Credit Union*

David J. Jurkiewicz
djurkiewicz@boselaw.com
*Attorney for Vermeer Credit Corporation*

Nick Cirignano
ncirignano@zsws.com
*Attorney for Premier Ag Co-Op, Inc.*

I further certify that on October 23, 2025, a copy of the foregoing Motion was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Jeffery H. Bayes
812 State Road 203
Lexington, IN 47138

U.S. Trustee
Office of U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204

All parties on attached mailing matrix

Dated this 23 day of October, 2025

        WOMBLE BOND DICKINSON (US) LLP

By:   /s/ Eudora F. S. Arthur
       EUDORA F. S. ARTHUR
       NC State Bar No. 59854
       555 Fayetteville Street, Suite 1100
       Raleigh, North Carolina 27601
       Telephone: 919.755.2178
       E-Mail: dorie.arthur@wbd-us.com

*Attorneys for Rabo AgriFinance LLC, Pro Hac Vice*

By:   /s/ Jon J. Lieberman
       Jon J. Lieberman (OH 0058394)
       Sottile & Barile, Attorneys at Law
       394 Wards Corner Road, Suite 180
       Loveland, OH 45140
       Phone: 513.444.4100
       Email: bankruptcy@sottileandbarile.com

*Local Counsel Sponsor, Attorneys for Rabo AgriFinance LLC*