SO ORDERED: October 24, 2025.



_____
**Andrea K. McCord**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 09/2025)

In re:

**Jeffery H. Bayes**,    Case No. **25–90845–AKM–13**
    Debtor.

### ORDER GRANTING CORRECTED MOTION TO APPEAR PRO HAC VICE

A Corrected Motion to Appear Pro Hac Vice was filed on October 23, 2025, by Eudora F. S. Arthur.

**IT IS ORDERED** that the Corrected Motion to Appear Pro Hac Vice is **GRANTED**.

Attorney for Creditor Rabo AgriFinance LLC must distribute this order.

###