## CERTIFICATE OF SERVICE

I hereby certify that on October 27th, 2025, a copy of the foregoing Order Granting Corrected Motion to Appear Pro Hac Vice was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Joseph M. Black, Jr.
PO Box 846
Seymour, IN 47274
*Chapter 13 Trustee*

Neil C. Bordy
Seiller Waterman LLC
462 S 4th Street Ste 2200
Louisville, KY 40202-3459
*Attorney for the Debtor*

Donald W. Mallory, Esq.
600 Vine Street, Suite 2500
Cincinnati, OH 45202
*Attorney for General Electric Credit Union*

David J. Jurkiewicz
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
*Attorney for Vermeer Credit Corporation*

Nick Cirignano
P.O. Box 916
Evansville, Indiana 47706-0916
*Attorney for Premier Ag Co-Op, Inc.*

Jeffery H. Bayes
812 State Road 203
Lexington, IN 47138

U.S. Trustee
Office of U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204

Dated this 27th day of October, 2025

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Eudora F. S. Arthur
EUDORA F. S. ARTHUR
NC State Bar No. 59854
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: 919.755.2178
E-Mail: dorie.arthur@wbd-us.com

*Attorneys for Rabo AgriFinance LLC, Pro Hac Vice*