**SO ORDERED: November 13, 2025.**



_____
**Andrea K. McCord
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 09/2025)

In re:

Jeffery H. Bayes,
    Debtor.

Case No. **25–90845–AKM–13**

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT

An Amended Motion to Extend Time to File Complaint to Determine Dischargeability (Sec. 523) was filed on October 27, 2025, by Creditor Rabo AgriFinance LLC.

**IT IS ORDERED** that the Amended Motion to Extend Time to File Complaint to Determine Dischargeability (Sec. 523) is **GRANTED**. The deadline for filing is extended to November 26, 2025.

Attorney for Creditor Rabo AgriFinance LLC must distribute this order.

###