SO ORDERED: December 9, 2025.



_____
**Andrea K. McCord
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 09/2025)

In re:

**Jeffery H. Bayes**,
    Debtor.

Case No. **25–90845–AKM–13**

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT

A Motion to Extend Time to File Complaint to Determine Dischargeability (Sec. 523) was filed on November 24, 2025, by Creditor Rabo AgriFinance LLC.

**IT IS ORDERED** that the Motion to Extend Time to File Complaint to Determine Dischargeability (Sec. 523) is **GRANTED**. The deadline for filing is extended to December 29, 2025.

Attorney for Creditor Rabo AgriFinance LLC must distribute this order.

###