**SO ORDERED: January 28, 2026.**



_____
**Andrea K. McCord**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 09/2025)

In re:

**Jeffery H. Bayes**,  Case No. **25–90845–AKM–13**
      Debtor.

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT

A Motion to Extend Time to File Complaint to Determine Dischargeability (Sec. 523) was filed on January 27, 2026, by Creditor Rabo AgriFinance LLC.

**IT IS ORDERED** that the Motion to Extend Time to File Complaint to Determine Dischargeability (Sec. 523) is **GRANTED**. The deadline for filing is extended to February 26, 2026.

Attorney for Creditor Rabo AgriFinance LLC must distribute this order.

###