UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:        Jeffrey H Bayes

DEBTOR(S)                                                  CASE NO:  25-90845-AKM-13

### TRUSTEE'S OBJECTION TO MOTION FOR ORDER TO APPROVE COMPROMISE AND SETTLEMENT AGREEMENT PURSUANT TO RULE 9019

Comes now the Chapter 13 Trustee, Joseph M. Black, Jr., ("Trustee") and files this objection to the Motion for Order to Approve Compromise and Settlement Agreement Pursuant to Rule 9019 filed by Rabo Agrifinance LLC and the Debtor for the following reason(s):

1. Determinations of nondischargeability of debts should be made by adversary proceedings.

2. A Consent Judgment for Nondischargeability of Debt cannot be entered without filing an adversary complaint.

3. The terms of the debtor's plan were confirmed based on the debtor's claim that all disposable income was being offered into the plan.

4. Any additional disposable income during the life of the plan should be paid into the plan for distribution to all unsecured creditors pro rata.

5. The debtor may not unfairly discriminate against unsecured creditors by offering higher distributions to Rabo Agrifinance LLC during the life of the plan.

WHEREFORE, the Trustee moves the Court to deny the Motion for Order to Approve Compromise and Settlement Agreement Pursuant to Rule 9019 filed by Rabo Agrifinance LLC and the Debtor.

.

Dated: <u>March 31, 2026</u>                          Respectfully Submitted,

   **/s/ *Joseph M. Black, Jr.***
Joseph M. Black, Jr.
Chapter 13 Standing Trustee
PO Box 846
Seymour, IN  47274
Phone:  (812) 524-7211
Fax:      (812) 523-8838
Email:   jblacktrustee@trustee13.com

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Neil C. Bordy :  bordy@derbycitylaw.com; U.S. TRUSTEE:  ustpregion10.in.ecf@usdoj.gov;
Eudora F. S. Arthur: dorie.arthur@wbd-us.com;
Nick Cirignano: ncirignano@zsws.com;
David J. Jurkiewicz: DJurkiewicz@boselaw.com;
Donald Wayne Mallory: dwmallory@woodlamping.com;
Andrew C. Ozete: acoefile@fsolegal.com;

I further certify that on March 31, 2026, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

Jeffery H. Bayes
812 State Road 203
Lexington, IN 47138

　　　　　　　　　　　　　　　　　　　　　　/s/ *Joseph M. Black, Jr.*
　　　　　　　　　　　　　　　　　　　　　　Joseph M. Black, Jr., Trustee

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***