**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO.: 25-90845-AKM-13 |
| JEFFERY H. BAYES, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | Judge Andrea K. McCord |

---

**SEVENTH MOTION TO EXTEND DEADLINE TO FILE COMPLAINT TO
DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)**

Now comes Rabo AgriFinance LLC ("Rabo"), by and through its undersigned counsel, and respectfully submits this motion requesting that the Court extend the deadline to file a complaint seeking to have its debt excepted from discharge under 11 U.S.C. § 523(a) and in support hereof, shows the Court as follows:

1.      On July 23, 2025 (the "Petition Date"), Jeffery H. Bayes (the "Debtor") filed a voluntary petition for relief under Chapter 13 to commence the above-referenced case (the "Chapter 13 Case").

2.      On May 5, 2025, this Court entered its Notice 341 Meeting of Creditors (the "Notice").  Pursuant to the Notice, the deadline for creditors to file a complaint seeking to except a debt from discharge pursuant to 11 U.S.C. § 523(a) is October 27, 2025 (the "Complaint Deadline").

3.      On November 13, 2025, this Court entered an order extending Rabo's time to file a complaint seeking to except a debt from discharge pursuant to 11 U.S.C. § 523(a) through and including November 26, 2025.

4.      On December 9, 2025, this Court entered an order extending the Complaint Deadline through and including December 29, 2025.

WBD (US) 4937-1690-9367v7

5.      On December 29, 2025, Rabo filed a third motion to extend the Complaint Deadline to January 27, 2026, with consent of the Debtor.

6.      On January 27, 2026, Rabo filed a fourth motion to extend the Complaint Deadline to February 26, 2026, with consent of the Debtor.

7.      On January 28, 2026, this Court entered an order extending Complaint Deadline through and including February 26, 2026.

8.      On February 26, 2026, Rabo filed a fifth motion to extend the Complaint Deadline to March 27, 2026, with consent of the Debtor.

9.      On February 27, 2026, this Court entered an order extending Complaint Deadline through and including March 27, 2026.

10.      On March 27, 2026, Rabo filed a sixth motion to extend the Complaint Deadline to April 27, 2026.

11.      On April 15, 2026, this Court entered an order extending Complaint Deadline through and including April 27, 2026.

12.      Rabo and Debtor agreed on a settlement and, on March 27, 2026 filed a Motion for Order to Approve Compromise and Settlement Agreement Pursuant to Rule 9019 (the "9019 Motion" for consideration by the Court.

13.      On March 31, 2026 Trustee Joseph M. Black (the "Trustee") filed an objection to the 9019 Motion arguing, *inter alia*, that the settlement unfairly discriminates against other unsecured creditors because the settlement requires that any excess disposable income be paid to Rabo instead unsecured creditors pro rata and that an adversary proceeding must be filed in order to except a debt from discharge.

2

14.     Contemporaneously with this motion, Rabo is withdrawing the 9019 Motion and intends to file an adversary proceeding in order to effect the settlement and non-dischargeability of Rabo's claim.

15.     Therefore, Rabo requests this Court extend the Complaint Deadline for an additional thirty (30) days through and including May 26, 2026 to allow time for the filing of an adversary proceeding and the modification of the settlement agreement to resolve the Trustee's objection.

16.     Rabo has attached, as **Exhibit A**, a proposed order granting such relief.

WHEREFORE, Rabo AgriFinance LLC respectfully requests this Court enter an order extending the deadline through and including Thursday, May 26, 2026, for Rabo to file a complaint seeking to except some or all of its debt from discharge pursuant to 11 U.S.C. § 523(a) and to grant such other and further relief as the Court deems just and appropriate.

Dated this 27th day of April, 2026

WOMBLE BOND DICKINSON (US) LLP

By:     /s/ Eudora F. S. Arthur
        EUDORA F. S. ARTHUR
        NC State Bar No. 59854
        555 Fayetteville Street, Suite 1100
        Raleigh, North Carolina 27601
        Telephone: 919.755.2178
        E-Mail: dorie.arthur@wbd-us.com

        *Attorneys for Rabo AgriFinance LLC, Pro Hac Vice*

3

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

IN RE:                                              :

                                                       :   CASE NO.: 25-90845-AKM-13

JEFFERY H. BAYES,                           :

                                                       :   Chapter 13

           Debtor.                                :

                                                       :   Judge Andrea K. McCord

---

**[PROPOSED] ORDER GRANTING SEVENTH MOTION TO EXTEND DEADLINE**
**TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY**
**OF DEBT PURSUANT TO 11 U.S.C. § 523(a)**

This matter having come before the Court upon the Seventh Motion Extend Deadline to File Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a) (Doc. __) filed herein by creditor Rabo Agrifinance LLC ("Rabo") and it appearing to that cause exists to extend the deadline to file a complaint for non-dischargeability:

Now, therefore, IT IS ORDERED, ADJUDGED AND DECREED that the deadline under Rule 4007(c) of the Federal Rules of Bankruptcy Procedure for the Rabo Agrifinance LLC to file a complaint to except its debt from discharge under 11 U.S.C. § 523(a) shall be, and hereby is, extended through May 26, 2026.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]