**SO ORDERED: May 12, 2026.**



_Andrea K. McCord_
**Andrea K. McCord**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT          SGENERIC (rev 09/2025)
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

In re:

**Jeffery H. Bayes**,                                    Case No. **25–90845–AKM–13**
          Debtor.

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT

A Motion to Extend Time to File Complaint to Determine Dischargeability (Sec. 523) was filed on April 26, 2026, by Creditor Rabo AgriFinance LLC.

**IT IS ORDERED** that the Motion to Extend Time to File Complaint to Determine Dischargeability (Sec. 523) is **GRANTED**. The deadline for filing is extended to May 26, 2026.

Attorney for Creditor Rabo AgriFinance LLC must distribute this order.

### ###