UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:        JEFFERY H BAYES

DEBTOR                                              CASE NO.: 25-90845-AKM-13


**TRUSTEE'S MOTION TO DISMISS**

Comes now the Trustee, Joseph M. Black, Jr., and files his Motion to Dismiss.   In support of this motion the Trustee finds the Debtor is delinquent in plan payments in the approximate amount of $19,500.00 through June 2026, with the last payment received on July 2, 2026.

Pursuant to the March 30, 2026 Order Confirming Debtor's 2nd Amended Plan as Modified, the Debtor was to make a lum sum payment in the amount of $18,000.00 in June 2026.   This payment has not been received.

The Trustee requests the Court to dismiss this case for failure to keep the bankruptcy plan payments current.

Dated: July 14, 2026

                                   /s/ Joseph M. Black, Jr.
                                  Joseph M. Black, Jr., Trustee
                                  PO Box 846
                                  Seymour, IN 47274
                                  Phone:  (812)524-7211
                                  Fax:      (812)523-8838
                                  Email:  jmblack.mtd@trustee13.com

NOTICE OF MOTION TO DISMISS

Please take notice that parties in interest shall have **twenty-one (21) days from the date this Notice is served** to file an objection to the foregoing TRUSTEE'S MOTION TO DISMISS filed herein.   However, if you were served by mail, your deadline for filing a written objection is extended for 3 additional days.   If you mail your objection to the court, you must mail it early enough so the court will receive it on or before the applicable deadline stated above. Objections must be filed in accordance with Local Rule S.D.Ind. B-9013-1 at http://ecf.insb.uscourts.gov which requires a user account and password OR in writing (if not represented by an attorney) with the Clerk's Office at 110 U.S. Courthouse, 121 W Spring St, New Albany IN   47150, and served upon the Trustee and the Debtor or the Debtor's attorney at the address listed below.   If no objection is timely filed, an order may be entered by the Court for the relief requested.


CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, a copy of the TRUSTEE'S MOTION TO DISMISS and NOTICE was filed electronically.   Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.   Parties may access this filing through the Court's system.

NEIL C BORDY          bordy@derbycitylaw.com
U.S. TRUSTEE          ustpregion10.in.ecf@usdoj.gov

I further certify that on July 14, 2026, a copy of the TRUSTEE'S MOTION TO DISMISS and NOTICE was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

JEFFERY H BAYES
812 STATE RD 203
LEXINGTON   IN   47138-


 /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee